1  Matthew B.F. Biren, Esq., CSB #56565
   Marc J. Katzman, Esq., CSB #160058
2  Biren / Katzman
   11911 San Vicente Boulevard, Suite 140
3  West Los Angeles, California 90049-6617
   (310) 476-3031
4  Facsimile: (310) 471-3165

5  Attorneys for Plaintiff
   MARIBEL SANTANA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIBEL SANTANA, | CASE NO. 1:12-CV-01208 AWI / JLT |
| Plaintiff, | STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT AND REMANDING ACTION TO STATE COURT |
| v. | |
| THE VOLLRATH COMPANY, L.L.C. and DOES 1 through 100, Inclusive, | |
| Defendants. | |
| AND RELATED CROSS-ACTION. | |

IT IS HEREBY STIPULATED by and between Plaintiff Maribel Santana and Defendant The Vollrath Company, LLC, through their counsel of record as follows:

(1) Plaintiff will file a First Amended Complaint to add two new defendants – J. and E. Restaurant Supply, Inc. and US Foods, Inc. – in place of Does 1 and 2.

(2) J. and E. Restaurant Supply, Inc. is a California corporation with its principal place of business in California and is therefore a non-diverse defendant.

(3) The joinder of J. and E. Restaurant Supply, Inc. divests this Court of subject matter jurisdiction under 28 U.S.C. § 1332 (diversity of citizenship).

///

1

(4)    The First Amended Complaint will be filed within five (5) days of the court's order approving this Stipulation.

(5)    Defendant The Vollrath Company, LLC's response to the First Amended Complaint shall be filed and served within thirty (30) days of the court's order approving this Stipulation.

(6)    Upon the filing of the First Amended Complaint, the case will be remanded to the Superior Court for the State of California for County of Kern in Bakersfield, California.

IT IS SO STIPULATED.

DATED: September 6, 2012        BIREN / KATZMAN

By:_____
MARC J. KATZMAN
Attorneys for Plaintiff
MARIBEL SANTANA

DATED: September ____, 2012   BRAGG & KULUVA

By:_____
SHERRY L. GRGURIC
Defendant and Cross-Complainant
THE VOLLRATH COMPANY, LLC

## ORDER

GOOD CAUSE APPEARING THEREFORE, IT IS ORDERED that:

(1)  Plaintiff is granted leave to file a First Amended Complaint to add two new defendants – J. and E. Restaurant Supply, Inc. and US Foods, Inc. – in place of Does 1 and 2.

(2)  J. and E. Restaurant Supply, Inc. is a California corporation with its principal place of business in California and is therefore a non-diverse defendant.

(3)  The joinder of J. and E. Restaurant Supply, Inc. divests this Court of subject matter jurisdiction under 28 U.S.C. § 1332 (diversity of citizenship).

(4)  The First Amended Complaint must be filed within five (5) days.

(5)  Defendant The Vollrath Company, LLC's response to the First Amended Complaint shall be filed and served within thirty (30) days.

(6)  Upon the filing of the First Amended Complaint, the case will be remanded to the Superior Court for the State of California for County of Kern in Bakersfield, California.

IT IS SO ORDERED.

Dated:  **September 12, 2012**          /s/ Jennifer L. Thurston
                                   UNITED STATES MAGISTRATE JUDGE