# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARIBEL SANTANA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE VOLLRATH COMPANY, et al.,<br><br>　　　　Defendants.<br>_____<br>AND RELATED CROSS-ACTION. | Case No.: 1:12-cv-01208 - AWI - JLT<br><br>ORDER REMANDING ACTION TO KERN COUNTY SUPERIOR COURT |

On September 11, 2012, the parties stipulated to the filing of a First Amended Complaint. (Doc. 13). In addition, the parties stipulated that the case would be remanded to Kern County Superior Court upon the filing of the amended pleading. *Id*. Plaintiff filed the First Amended Complaint in compliance with the Court's order and the terms of the stipulation on September 12, 2012. (Doc. 15).

Pursuant to the terms of the parties' stipulation (Docs. 14, 15), **IT IS HEREBY ORDERED**:

1. The matter is **REMANDED** to the Kern County Superior Court; and

///
///
///
///

1

2.  The Clerk of Court is **DIRECTED** to close this action, because this Order terminates the action in its entirety.

IT IS SO ORDERED.

Dated: **September 19, 2012**           **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE